UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Matthew Zinicola, Plaintiff )<br>)<br>v. )<br>)<br>Mott MacDonald, LLC, Hatch, )<br>Ltd., David B. Shirley, )<br>Tennessee Gas Pipeline )<br>Company, LLC, and Kinder )<br>Morgan Energy Partners, L.P., )<br>The Town of New Ipswich, )<br>and Sean Cavanaugh, )<br>Defendants )<br>) | **Civil Action No. 16-cv-00542-JL** |

ASSENTED-TO MOTION FOR ADMISSION OF
PETER M. MALAGUTI *PRO HAC VICE*
(WITH CONCURRENCE UNDER NH LR 7.1(c))

### Motion

Kurt S. Olson, member of the New Hampshire and District of New Hampshire bars, hereby moves pursuant to NH LR 83.2(b) that Peter M. Malaguti, Esquire, be admitted *pro hac vice*, as counsel to Plaintiff, Matthew Zinicola in this action. In support of this Motion, the undersigned respectfully states:

1.  Attorney Malaguti is an attorney with the firm of Olson & Olson, P.A. which represents Plaintiff, Matthew Zinicola, in this matter.

2.  Attorney Malaguti is a member in good standing of the Massachusetts State Bar and the bar of the District of Massachusetts.

3.  No disciplinary proceedings are pending against Attorney Malaguti in any jurisdiction.

4. The Affidavit of Attorney Malaguti, attesting to the above, has been attached to this Motion as Exhibit A.

5. The undersigned represents the plaintiff in this case.

## Statement of Concurrence

Undersigned counsel hereby affirms that in accordance with NH LR 7.1(c), he has obtained concurrence for the relief sought in this motion from counsel representing all other parties in this action.

WHEREFORE, the undersigned respectfully requests that Peter M. Malaguti, Esquire, be admitted *pro hac vice*, as counsel to Plaintiff, Matthew Zinicola. in this case.

Respectfully submitted,
Matthew Zinicola, Plaintiff

By his attorney,

/s/ Kurt S. Olson
NH Bar ID No. 12518
Olson & Olson, P.A.
31 Franklin Rd.
Salisbury, NH 03268
603-748-1960
978-681-6330 (fax)
kolson@mslaw.edu

Dated: March 20, 2017

## CERTIFICATE OF SERVICE

**I, Kurt S. Olson, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).**

/s/ Kurt S. Olson
Kurt S. Olson
31 Franklin Rd.
Salisbury, NH 03268
603-748-1960
kolso@mslaw.edu